# Court of Appeals
# of the State of Georgia

ATLANTA,____August 18, 2016____

*The Court of Appeals hereby passes the following order:*

**A17A0090.  IN RE: ESTATE OF ALPHONZO RAUL HOBBS.**

Evelyn Hobbs appeals the Clayton County Probate Court's order granting a caveat to the probate of the will of Alphonzo Raul Hobbs.  We lack jurisdiction.

The Georgia Supreme Court has appellate jurisdiction in "[a]ll cases involving wills."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3).  As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question."  *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Because the caveat attacked the validity of the decedent's will, the Supreme Court has jurisdiction over this appeal, which is hereby TRANSFERRED to that court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____08/18/2016____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*